NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BRITTANY CHOQUETTE,    )
    )
    Appellant,    )
    )
v.    )    Case No. 2D18-2598
    )
STATE OF FLORIDA,    )
    )
    Appellee.    )
_____)

Opinion filed February 27, 2019.

Appeal from the Circuit Court for Manatee
County; Charles E. Roberts, Judge.

Jonathan Hackworth of Hackworth Law,
P.A., Tampa, for Appellant.

Ashley Moody, Attorney General,
Tallahassee.


PER CURIAM.


    Affirmed.


CASANUEVA, SILBERMAN, and MORRIS, JJ., Concur.